# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

COLLEEN BLEVINS,

     Plaintiff,

vs.                          CASE NO. 8:13-CIV-748-T-EAK-TGW

JOHN MORIEARTY, et al.,

     Defendants.
_____/

## ORDER REMANDING CASE

This cause is before the Court on the plaintiff's motion for remand and request for attorney's fees and costs (Doc. 5). In response, the defendants do not oppose the remand of the case but they ask that the request for fees and costs be denied (Doc. 8). The Court will as agreed to remand this case to state court but the Court will deny the request for attorney's fees and costs as it finds the Defendants arguments persuasive. Accordingly, it is

**ORDERED** that the plaintiff's motion for remand and request for attorney's fees and costs (Doc. 5) be **granted in part** as to remand only. The Clerk of Court is **directed** to close this case and remand it to the appropriate state court.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 7th day of May, 2013.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record